### BRIDGEPORT HOSPITAL *v.* FRANK COLMAN ET AL.
### (11553)

LAVERY, HEIMAN and SCHALLER, Js.

Argued February 8—decision released March 2, 1993

*Kathryn L. Braun,* with whom, on the brief, was *Laurence V. Parnoff,* for the appellants (defendants).

*Irwin J. Gordon,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

### RICHARD JOHNSON ET AL. *v.* SALVATORE RUOTOLO ET AL.
### (11275)

DUPONT, C. J., O'CONNELL and SCHALLER, Js.

Argued February 10—decision released March 2, 1993

*Frank P. Cannatelli,* for the appellant (named defendant).

*Philip A. Giordano,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.